# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| IN RE: | ) | |
|---|---|---|
| **DENNIS KOBACK, and** | ) | Case No. 17-23474-svk |
| **SUSAN KOBACK** | ) | |
| | ) | CHAPTER 13 |
| DEBTORS | ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN THAT:

The Debtors have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, **then on or before 21 days after service of the notice**, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plan statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 East Wisconsin Ave.
> Room 126
> Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Bankruptcy Law Office of Richard A. Check
> 757 N. Broadway, Ste. 401
> Milwaukee, WI 53202

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the plan.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtors;

    _____ the Chapter 13 Trustee (post-confirmation modifications only);

    _____ the holder of an unsecured claim

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. ___ post-confirmation;

    B. _X_ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: *see attached list

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

*Debtors wish to adjust the dividend paid to timely filed general unsecured claims through the plan

*Debtors wish to clarify Chapter 13 plan payment frequency and which payroll the payments should be deducted from

4. The reason(s) for the modification is/are:

*Debtors' original plan failed to provide for the proper dividend to unsecured creditors and failed to specify which payroll the Chapter 13 plan payments were to be deducted

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

5. Select A. or B.

    A. \_\_\_\_ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows: N/A

    B. _X_ The unconfirmed Chapter 13 Plan filed April 17th, 2017 is modified as follows:

> **\*Debtors shall pay $265 bi-weekly to the Trustee by periodic payroll deductions from Debtor's payroll at The City of Milwaukee, 200 E. Wells Street, Milwaukee, WI 53202 for the remainder of the plan**
>
> **\*Debtors estimate that the total of general unsecured debt is $16,664. After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claim a pro rata share of not less than $16,664 or 100%, whichever is greater**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS**

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

## **CERTIFICATION**

I, Attorney Richard A. Check, attorney for Debtors, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the court.

| | |
|---|---|
| S://_____ | 6/15/2017_____ |
| Attorney Richard A. Check | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated June 15th, 2017 in Milwaukee, WI 53202

Signature: S://_____
Richard A. Check
#10122-04
Attorney for Debtor(s)

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice and Request to Modify Chapter 13 plan were mailed First Class to persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on June 15th, 2017.

Dennis & Susan Koback
3345 S 71st St
Milwaukee, WI 53219

*See attached Creditor Matrix

Additionally, the documents referenced above were also served via electronic means on the following individuals on June 15th, 2017:

| United States Trustee | Rebecca Garcia |
| --- | --- |
| Eastern District of WI | Chapter 13 Trustee |
| 517 E Wisconsin Ave, Rm 430 | P.O. Box 3170 |
| Milwaukee, WI 53202 | Oshkosh, WI 54903-3170 |

Date: 6/15/2017

S://
Samuel Check
Paralegal for Attorney Richard A. Check

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
court@richardacheck.com

```
Label Matrix for local noticing          The Bank of New York Mellon Trust Company, N    Alliance Collection Ag
0757-2                                   c/o Gray & Associates, L.L.P.                   3916 S Business Park Ave
Case 17-23474-svk                        16345 W Glendale Dr.                            Marshfield, WI  54449-9029
Eastern District of Wisconsin            New Berlin, WI 53151-2841
Milwaukee
Thu Jun 15 17:34:09 CDT 2017

Alliance Collection Agencies             (p)AMERICOLLECT INC                             CHILDREN'S HOSPITAL OF WISCONSIN, INC
PO Box 1267                              PO BOX 2080                                     C/O BRUCK LAW OFFICES, S.C.
Marshfield, WI  54449-7267               MANITOWOC WI 54221-2080                         322 E. MICHIGAN AVE, 6TH FLOOR
                                                                                         MILWAUKEE, WI 53202-5012


Cnvrgt Hthcr                             Convergent Healthcare                           Convergent Heathcare Recovery
121 NE Jefferson Ave Ste                 121 NE Jefferson Ave Ste                        121 NE Jefferson Ave Ste 100
Peoria, IL  61602-1256                   Peoria, IL 61602-1229                           Peoria, IL  61602-1229


Edfinancial Services L                   Edfinancial Services, LLC                       Falls Collection Svc, Inc
120 N Seven Oaks Dr                      298 N Seven Oaks Dr                             N114W19225 Clinton Dr
Knoxville, TN  37922-2359                Knoxville, TN  37922-2369                       Germantown, WI  53022-3015


Fincntrl Svc                             OAC                                             Oac
PO Box 668                               Attn: Bankruptcy                                PO Box 500
Germantown, WI  53022-0668               PO Box 500                                      Baraboo, WI  53913-0500
                                         Baraboo, WI  53913-0500


Ocwen Loan Servicing L                   Ocwen Loan Servicing, LLC                       Office of the U. S. Trustee
1661 Worthington Rd                      Attn: Research/Bankruptcy                       517 East Wisconsin Ave.
West Palm Beach, FL 33409-6493           1661 Worthington Rd Ste 100                     Room 430
                                         West Palm Beach, FL  33409-6493                 Milwaukee, WI 53202-4510


OneMain Financial                        Onemain                                         Oshkosh Collection
PO Box 3251                              PO Box 1010                                     PO Box 160
Evansville, IN 47731-3251                Evansville, IN  47706-1010                      Oshkosh, WI  54903-0160


Oshkosh Collection & R                   Professioal Placement Services, LLC             Professional Placement
913 Oregon St                            PO Box 612                                      272 N 12th St
Oshkosh, WI  54902-6454                  Milwaukee, WI  53201-0612                       Milwaukee, WI  53233-2604


State Collection Servi                   State Collection Service                        Wheaton Franciscan Healthcare
2509 S Stoughton Rd                      PO Box 6250                                     801 S. 60th Street
Madison, WI  53716-3314                  Madison, WI  53716-0250                         West Allis, WI 53214-3365


Wi Electric                              Wisconsin Electric Pow                          Dennis P Koback
Wi Energies                              231 W Michigan St # A130                        3345 S 71st St
PO Box 2046                              Milwaukee, WI  53203-2918                       Milwaukee, WI 53219-3902
Milwaukee, WI  53201-2046
```

Rebecca R. Garcia  
Chapter 13 Trustee  
PO Box 3170  
Oshkosh, WI 54903-3170

Richard A. Check  
Bankruptcy Law Office of Richard A. Chec  
757 North Broadway  
Suite 401  
Milwaukee, WI 53202-3612

Susan M Koback  
3345 S 71st St  
Milwaukee, WI 53219-3902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect Inc  
PO Box 1566  
Manitowoc, WI 54221-1566

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32